```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  VINCENT J. BIAGAS, SR.,
11           Plaintiff,                No. CIV S-09-1401 GGH P
12      vs.
13  MATTHEW CATE, et al.,
14           Defendants.               ORDER
15  _____/
```

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19 plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20 certified copy of his prison trust account statement for the six month period immediately

21 preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22 opportunity to submit a completed in forma pauperis application and a certified copy in support

23 of his application.

24 /////

25 /////

26 /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 15, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
biag1401.3c+new