IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT J. BIAGAS, SR.,

       Plaintiff,                  No. CIV S-09-1401 GGH P

    vs.

MATTHEW CATE, et al.,

       Defendants.            ORDER

_____/

        On May 28, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket #5). By order filed September 8, 2009, the court granted plaintiff thirty days to file an amended complaint. In the September 8th order, the court informed plaintiff of the deficiencies in his complaint. On October 7, 2009, plaintiff was granted a thirty day extension of time to file his amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise adequately responded to the court's order.

        For the reasons given in the September 8, 2009, order, IT IS HEREBY ORDERED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 16, 2009                  /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:035
biag1401.fta